Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Jessica Martinez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MARTINEZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 2:23-cv-09197-DFM<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

　　IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND ONE HUNDRED SIXTY-SEVEN DOLLARS and FIFTY-SIX CENTS ($2,167.56), and costs under 28 U.S.C. § 1920, in the

/ / /

/ / /

/ / /

1

1  amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00),
2  subject to the terms of the above-referenced Stipulation.
3
4  Dated: January 22, 2024
5
6  _____
7  THE HONORABLE DOUGLAS F. MCCORMICK
   UNITED STATES MAGISTRATE JUDGE